UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Mitchell B. Hausman, Esq. (MH 1464)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Aerobics, Inc. | : | |
| | : | Case No. 10-24769 (MS) |
| Debtor(s) | : | Hearing Date: July 16, 2010 at 10:00 a.m. |
| | : | |

**ORAL ARGUMENT REQUESTED**

**NOTICE OF MOTION TO CONVERT OR, IN THE ALTERNATIVE, TO DISMISS, THE CASE PURSUANT TO 11 U.S.C. §1112 (b)**

**TO: ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE**

   **PLEASE TAKE NOTICE** that the United States Trustee will move before the

Honorable Morris Stern on July 16, 2010 at 10:00 a.m. or as soon thereafter as counsel may be

heard, at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102, for an Order

Converting the Case to Chapter 7 or, in the Alternative, Dismissing the Case Pursuant to 11

U.S.C. §1112 (b) and for such other and further relief as this Court deems just and appropriate.

   **PLEASE TAKE FURTHER NOTICE** that the United States Trustee will rely upon the

Memorandum of Law attached hereto at the hearing.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee as set pursuant to the Order Shortening Time

**PLEASE TAKE FURTHER NOTICE** that pursuant to District of New Jersey Local Bankruptcy Rule 9013-1(f) oral argument is requested.

                                                  ROBERTA A. DeANGELIS
                                                UNITED STATES TRUSTEE
                                                REGION 3

                                                 */s/ Mitchell B. Hausman*
                                                Mitchell B. Hausman
                                                Trial Attorney

DATED: Newark, New Jersey
             July 2, 2010