Order Filed on
04/17/2013
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Cassandra M. Porter, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Counsel to the Class 1 Trust of Aerobics, Inc.*

In re:

AEROBICS, INC.,

        Debtor.

Case No. 10-24769-MS
Hon. Morris Stern
Chapter 11

### ORDER AUTHORIZING TERMINATION OF THE CLASS 1 TRUST OF AEROBICS, INC.

The relief set forth on the following pages, numbered two (2) and three (3), are hereby **ORDERED**.

**DATED: 04/17/2013**

*/s/ Morris Stern*
Honorable Morris Stern
United States Bankruptcy Judge

Page:     2
Debtor:   Aerobics, Inc.
Case No.: 10-24769-MS
Caption:  Order Authorizing Termination Of Class 1 Trust Of Aerobics, Inc.

---

This matter having come before the Court upon the motion (the "Motion") of the Class 1 Trust of Aerobics, Inc. (the "Liquidating Trust") for an order authorizing termination of the Liquidating Trust; and it appearing that no other or further notice need be given; and upon any opposition filed in connection with the Motion, and all of the proceedings before the Court; and after due deliberation and sufficient cause appearing therefore, it is:

**ORDERED**, that upon entry of this Termination Order,[1] the Liquidating Trustee is authorized to terminate the Liquidating Trust in accordance with this Termination Order and the Trust Agreement; and it is

**ORDERED**, that within fourteen (14) days of this Termination Order becoming a final, unappealable order, the Liquidating Trustee shall deposit an amount in cash, sufficient to satisfy all outstanding Returned Checks into a trust fund account (the "Returned Check Satisfaction Fund"); and it is

**ORDERED**, that the Liquidating Trustee is authorized to disburse amounts from the Returned Check Satisfaction Fund to holders of allowed claims related to the Returned Checks as possible, without other or further Court approval; it is further

**ORDERED**, that within fourteen (14) days following the expiration of the Open Claim Period, the Liquidating Trustee is authorized and directed to distribute any amount remaining in the Returned Check Satisfaction Fund to an IRC § 501(c)(3) registered charity of its choice, without other or further Court approval; it is further

---

[1] Capitalized terms used but not defined in this Termination Order shall have the meanings ascribed to such terms in the Motion.

*Approved by Judge Morris Stern April 17, 2013*

Page:     3
Debtor:   Aerobics, Inc.
Case No.: 10-24769-MS
Caption:  Order Authorizing Termination Of Class 1 Trust Of Aerobics, Inc.

---

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Termination Order.

*Approved by Judge Morris Stern April 17, 2013*